IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V.   CASE NO. 5:14-CR-50028-001 | |
| CRAIG GOETTSCH | DEFENDANT |

### ORDER

Comes on for consideration the Report and Recommendation (Doc. 45) filed in this case on July 18, 2017, by the Honorable Erin L. Wiedemann, United States Magistrate Judge for the Western District of Arkansas. More than fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendant's pro se Motion Under 18 U.S.C. § 3582(c)(2) (Doc. 44) is **DENIED**.

**IT IS SO ORDERED** on this 8th day of August, 2017.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE